# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JANIS L. SAMMARTINO**)

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No.: 22cr1060-JLS |
| vs. | **ORDER CONTINUING MOTION HEARING DATE** |
| Joshua Gonzalez Santiago (1), | |
| Aliana Lilia Flores (2), | |
| Defendants. | |

Based on the joint request of the parties, the Motion Hearing/Trial Setting date is hereby continued from June 10, 2022 until July 15th, 2022 at 1:30 PM, on the grounds that discovery remains outstanding and counsel need time to review the discovery and discuss with their clients.  Parties agree that time is properly excluded under the speedy trial clock.

IT IS SO ORDERED.

Dated:  June 7, 2022

Hon. Janis L. Sammartino
United States District Judge