S

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JANIS L. SAMMARTINO**)

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No.: 22cr1060-JLS |
| vs. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| Joshua Gonzalez Santiago (1), Aliana Lilia Flores (2), | |
| Defendants. | |

Based on the joint request of the parties, the Motion Hearing/Trial Setting date is hereby continued from July 15, 2022 until September 16th, 2022 at 1:30 PM, on the grounds that discovery remains outstanding and counsel need time to review the discovery and discuss with their clients.  Parties agree that time is properly excluded under the speedy trial clock.

IT IS SO ORDERED.

Dated: July 13, 2022

Hon. Janis L. Sammartino
United States District Judge

-1-